February 27, 1984.

473 A.2d 646

Penfield v. Penfield, Appellant.

Petition for Allowance of Appeal
Denied Aug. 17, 1984.

Argued February 7, 1984. Joan D. Mason, for appellant; Theodore H. Watts, for appellee.

640

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order of June 30, 1983 affirmed.